JUNE, (E. S.)                 HALE's Adm'r. vs. Howe's Ex'r.

*The county court has jurisdiction in cases where an executor or administrator is defendant, and the debt or demand does not exceed 30 dollars, and such cases are not cognizable before a justice of the peace.*

APPEAL from *Dorchester* County Court.  This was an action of debt for $30, and by a case stated it was admitted that the intestate of the defendant, (now appellant,) in his life-time, was indebted to the testator of the plaintiff, (the appellee,) in his life-time, in the sum of $30, as stated in the declaration, and not more, and that the same was unpaid, and that for the recovery of that sum this suit is brought.  It was further agreed, that if the court should be of opinion that the county court had jurisdiction, judgment was to be entered for the plaintiff for the above sum, and costs; but if on the contrary the court should be of opinion that the county court had not jurisdiction, but that the same was properly cognizable before a justice of the peace, then judgment of *non pross* was to be rendered in favour of the defendant, for costs.  The county court gave judgment for the plaintiff, and the defendant appealed to this court.

The cause was argued before CHASE, Ch. J. and EARLE, JOHNSON, and DORSEY, J. by

*Lecompte,* for the Appellant, and by
*J. Bayly,* for the Appellee.  He insisted that neither a plaintiff nor a defendant, being an executor or administrator, could sustain a warrant, or be warranted before a justice of the peace, and referred to the act of 1791, *ch.* 68. *Wells vs. Newkirk,* 1 *Johns. Cas.* 228; and 3 *Hall's L. J.* 113.

JUDGMENT AFFIRMED.